*C. Harold Hughes*, Assistant Attorney General, and *John F. Eberhardt* for respondent.

No. 343. KARRELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *John W. Preston* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 341. SMITH ET AL. *v.* FLORENCE-MAYO NUWAY Co. ET AL. C. A. 4th Cir. Certiorari denied. *Clarence M. Fisher* and *W. Brown Morton* for petitioners. *J. Hanson Boyden* and *Bernard F. Garvey* for respondents.

No. 354. CALIFORNIA STATE BOARD OF EQUALIZATION *v.* GOGGIN, RECEIVER IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Fred N. Howser*, Attorney General of California, *Walter L. Bowers*, Assistant Attorney General, and *James E. Sabine* and *Edward Sumner*, Deputy Attorneys General, for petitioner.

No. 361. SIMMS ET AL. *v.* COUNTY OF LOS ANGELES ET AL. Supreme Court of California. Certiorari denied. *W. Sumner Holbrook, Jr.* and *Edmund Nelson* for petitioners. *Harold W. Kennedy* for respondents. Briefs of *amici curiae* supporting the petition were filed by *Solicitor General Perlman* for the United States, and *William L. Holloway* and *C. Coolidge Kreis* for the California Bankers Association.

No. 362. SECURITY-FIRST NATIONAL BANK OF LOS ANGELES *v.* COUNTY OF LOS ANGELES ET AL. Supreme Court of California. Certiorari denied. *W. Sumner Holbrook,*

*Jr.* and *Edmund Nelson* for petitioner. *Harold W. Kennedy* for respondents. *William L. Holloway* and *C. Coolidge Kreis* filed a brief for the California Bankers Association, as *amicus curiae,* supporting the petition.

No. 369. CARROLL ET UX. *v.* KELLY, ADMINISTRATRIX. Supreme Court of Washington. Certiorari denied. *Clarence C. Dill* for petitioners. *Harry T. Davenport* for respondent.

No. 370. KNAUTH ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Arnold W. Knauth* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Joseph Kovner* for the United States.

No. 377. STANDARD OIL Co. *v.* CITY OF TALLAHASSEE. C. A. 5th Cir. Certiorari denied. *Lawrence A. Truett* and *Charles G. Middleton* for petitioner. *James Messer, Jr.* for respondent.

No. 38, Misc. RICHTER *v.* UNITED STATES; and

No. 39, Misc. CANNON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for the United States. Reported below: 181 F. 2d 354, 591.

No. 60, Misc. ALLEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79, Misc. MARTIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.